LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-04827 GAF (JEMx) | Date | September 25, 2013 |
|---|---|---|---|
| Title | Manuel Caceres v. Nationstar Mortgage, N.A. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

    Plaintiff Manuel Caceres bring this suit against Nationstar Mortgage, N.A., Nationstar Mortgage, LLC, and Aurora Loan Services (collectively, "Defendants"). (Docket No. 1, Compl.)  Specifically, Plaintiff asserts claims for (1) violations of the Homeowner's Bill of Rights; and (2) declaratory relief. (Id. ¶¶ 17-24.)

    Plaintiffs allege that jurisdiction is appropriate in this case pursuant to diversity jurisdiction, 28 U.S.C. § 1332(a)(2). (Id. ¶ 1.) In assessing diversity jurisdiction, an individual's citizenship is determined by his state of domicile. See Kanter v. Warner-Lambert Co., 265 F.3d 853, 857-58 (9th Cir. 2001). "A person's domicile is [his] permanent home, where []he resides with the intention to remain or to which []he intends to return." Id.  Mere allegations of residence are insufficient.  In contrast, "[a]ll national banking associations . . . [are] deemed citizens of the State in which they are respectively located." 28 U.S.C. § 1348. And a national banking association is "located," for purposes of the diversity jurisdiction inquiry, in the state in which its main office is located. See Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303, 307 (2006).  An unincorporated association has the citizenships of all of its constituent members members, see Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006), and finally, a corporation is a "citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(a).

///

**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-04827 GAF (JEMx) | Date | September 25, 2013 |
|---|---|---|---|
| Title | Manuel Caceres v. Nationstar Mortgage, N.A. et al. | | |

    The Court is presently unable to determine whether it may exercise jurisdiction over this action because Plaintiff has failed to properly allege the citizenship of any of the parties. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction.  Plaintiff must submit a response to this OSC **by close of business Friday, October 4, 2013.  <u>Failure to respond will be deemed consent to dismissal of the action.</u>**

    **IT IS SO ORDERED.**