RICHARD K. DIAMOND (State Bar No. 070634)
*rdiamond@dgdk.com*
UZZI O. RAANAN (State Bar No. 162747)
*uraanan@dgdk.com*
KEVIN D. MEEK (State Bar No. 280562)
*kmeek@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Plaintiff R. Todd Neilson,
Trustee for the post-confirmation estate of
Ezri Namvar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR,<br><br>    Debtor.<br>———————————————<br>R. TODD NEILSON, AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF EZRI NAMVAR AND BRADLEY D. SHARP, AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF NAMCO CAPITAL GROUP, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ILANA NAMVAR,<br><br>    Defendant. | Case No. CV 13-04698 GAF (JCGx)<br><br>Bankr. Case No. 2:08-bk-32349-BR<br><br>Adv. No. 2:11-ap-01045-BR<br><br>**SUMMARY JUDGMENT**<br><br>**Date:** October 20, 2014<br>**Time:** 9:30 a.m.<br>**Place** Courtroom 740<br>            255 E. Temple St.,<br>            Los Angeles, California |

1235853.1  26122                                   1

The Court, having entered an Order granting the *Motion (1) To Enter Judgment Against Ilana Namvar On The First Claim Of The Namvar Trustee's Motion For Summary Judgment; And (2) To Dismiss All Other Claims Against Ilana Namvar* (*Docket No. 65*) (the "Order"), filed by Plaintiff R. Todd Neilson, Trustee for the post-confirmation estate of Ezri Namvar (the "Namvar Trustee"), and good cause appearing, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Namvar Trustee shall have and recover judgment against Defendant Ilana Namvar (the "Defendant") with regard to Claim for Relief No. 2;

2. The Namvar Debtor's transfer of the Diamond to Defendant is avoided, and the Namvar Trustee shall recover the Diamond, or the value of the Diamond, from the Defendant pursuant to 11 U.S.C. §§ 544(b), 548(a)(1)(A), and 550, and California Civil Code § 3439.04(a)(1);

3. As provided in the Order, Defendant shall deliver to the Namvar Trustee the Diamond, or the value thereof which, according to proof submitted by the Namvar Trustee, is no less than $510,000, within fourteen (14) days from the entry of this Judgment; and

4. The entry of this Summary Judgment shall be final against Defendant pursuant to Rule 54 of the Federal Rules of Civil Procedure.

DATED: November 10, 2014

GARY FEESS
United States District Judge

cc:  Bankruptcy Court

1235853.1  26122

2